JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chartwell Staffing Services Inc, <br><br> Plaintiff, <br><br> v. <br><br> American International Industries, Inc, et al, <br><br> Defendant(s). | CV 21-03250JVS(SKx) <br><br> ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown within 45 days, to reopen the action if settlement is not consummated.

DATED: 2/2/22

James V. Selna
U.S. District Judge